1454

## RECONSIDERATION DOCKET

**93-1708.** State v. Kinley. *Clark County,* No. 2826. Reported at 72 Ohio St.3d 491, 651 N.E.2d 419. On motion for reconsideration. Motion denied.

On motion for stay. Motion denied.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**93-2495.** Baum v. Ohio State Hwy. Patrol. *Franklin County,* No. 93AP–68. Reported at 72 Ohio St.3d 469, 650 N.E.2d 1347. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**94-523.** State v. Kirk. *Franklin County,* No. 93AP–925. Reported at 72 Ohio St.3d 564, 651 N.E.2d 981. On motion for reconsideration. Motion denied.

**94-767.** Am. Seaway Foods, Inc. v. Belden S. Assoc. L.P. *Stark County,* No. CA–9260. Reported at 72 Ohio St.3d 514, 651 N.E.2d 941. On motion for reconsideration. Motion denied.

DOUGLAS and WRIGHT, JJ., dissent.

**94-1046.** Ohio State Chiropractic Assn. v. Ohio Bur. of Workers' Comp. *Franklin County,* No. 93AP–866. Reported at 72 Ohio St.3d 485, 650 N.E.2d 1359. On motion for reconsideration. Motion denied.

WRIGHT and COOK, JJ., dissent.

**94-1307.** Endres Floral Co. v. Endres. *Tuscarawas County,* No. 93AP080056. Reported at 72 Ohio St.3d 526, 651 N.E.2d 950. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

**94-1662.** In re Contested Election of November 2, 1993. *Lorain County,* No. 93CV111527. Reported at 72 Ohio St.3d 411, 650 N.E.2d 859. On motion for reconsideration. Motion denied.

**94-2494.** State v. Dougherty. *Hancock County,* No. 5–94–2. Reported at 73 Ohio St.3d 1417, 652 N.E.2d 202. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**95-734.** Bower v. Bower. *Sandusky County,* No. S–94–14. Reported at 73 Ohio St.3d 1410, 651 N.E.2d 1308. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**95-736.** Williams v. Cent. Ohio Transit Auth. *Franklin County,* No. 93AP–755. Reported at 73 Ohio St.3d 1410, 651 N.E.2d 1308. On motion for reconsideration. Motion denied.